AO 442

# United States District Court
### for the
### District of Utah

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:25 am, Jun 28, 2022
JEFFREY P. COLWELL, CLERK

UNITED STATES OF AMERICA

v.

Shawn Ray Davis

Colorado Case No. 1:22-mj-00110-NRN
Case No: 4:22-cr-00060-RJS



## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **SHAWN RAY DAVIS**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Felon in Possession of a Firearm and Ammunition**

in violation of   18:922(g)(1)                                                                   United States Code.

Kimberly A. Free, PhD
Name of Issuing Officer

_signature_
Signature of Issuing Officer

By: Nancy Lealaisalanoa
Deputy Clerk

Clerk of Court
Title of Issuing Officer

June 8, 2022 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Denver, CO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/8/22 | P.B/, SS DEO/USMS | _signature_ |
| DATE OF ARREST 6/27/22 | | |

TRINA A. HIGGINS, United States Attorney (7349)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

FILED US District Court-UT
JUN 08 '22 PM01:57

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| SHAWN RAY DAVIS, | |
| Defendant. | Case: 4:22-cr-00060<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/7/2022 |

The Grand Jury charges:

COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about May 1, 2022, in the District of Utah,

SHAWN RAY DAVIS,

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm and

ammunition, to wit: a GLOCK 19, 9MM handgun and ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense charged herein in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a GLOCK 19, 9MM handgun, and
- associated ammunition.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

[signature]
_____
BRADY WILSON
Assistant United States Attorney

2