

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

June 29, 2022

UNITED STATES DISTRICT COURT DISTRICT OF UTAH
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 8410

Re: USA v. Davis – **4:22-cr-00060-RJS Passport transfer**
     22-mj-00110-NRN-1

To whom it may concern:

Enclosed with this letter, please find the passport for the above-named Defendant which was surrendered to our court on June 29, 2022 (see attached notice).

Please sign acknowledging receipt of passport and return this form to the District of Colorado in the enclosed envelope.

_____              _____
Signature/Title                             Date

Regards,

Jeffrey P. Colwell,
Clerk of Court

By: s/ Román Villa,
Deputy Clerk