

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US District Court District of Utah
Orrin G. Hatch U.S. Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101

9590 9402 5927 0049 4444 15

2. Article Number (Transfer from service label)

7019 2970 0001 1984 0352

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tyson P_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tyson Pepper
C. Date of Delivery: 7·1·22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt