

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

RECEIVED CLERK
JUL 0 1 2022
U.S. DISTRICT COURT

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

Rec'd
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 12 2022
JEFFREY P. COLWELL
CLERK

June 29, 2022

UNITED STATES DISTRICT COURT DISTRICT OF UTAH
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 8410

Re: USA v. Davis – **4:22-cr-00060-RJS Passport transfer**
22-mj-00110-NRN-1

To whom it may concern:

Enclosed with this letter, please find the passport for the above-named Defendant which was surrendered to our court on June 29, 2022 (see attached notice).

Please sign acknowledging receipt of passport and return this form to the District of Colorado in the enclosed envelope.

_____  Court Financial ORAm  7-1-22_____
Signature/Title                                  Date

Regards,

Jeffrey P. Colwell,
Clerk of Court

By: s/ Román Villa,
Deputy Clerk

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



SALT LAKE CITY UT 840
1 JUL 2022 PM 2 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A ARRAJ COURTHOUSE
901-19TH ST   RM A105
DENVER  CO  80294-3589

80294-3589

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300